# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROLAND T. DAVIS,

       Plaintiff,

v.

WARDEN OHIO STATE PENITENTIARY,

       Defendant.

Case No. 2:10-CV-107
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

Pursuant to the Court's Order of July 5, 2012, this case is **STAYED**. The Clerk shall remove this case from the list of pending cases until either party moves to reopen.

_____9-30-2013_____
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE