UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Roland T. Davis,** | : | |
| | : | |
| Petitioner, | : | **Case No. 2:10-cv-107-EAS-NMK** |
| | : | |
| v. | : | **District Judge Edmund A. Sargus** |
| | : | |
| | : | Magistrate Judge Norah McCann King |
| **Norm Robinson, Warden,** | : | |
| | : | |
| Respondent. | : | *Death Penalty Case* |

**WARDEN'S NOTICE OF SUBMISSION OF COMPLETE
APPENDIX TO RETURN OF WRIT AND TRANSCRIPTS**

The Warden notifies the Court and the petitioner of the submission of the complete Appendix to the Return of Writ and Transcripts. The purpose of this submission is to make all of these documents part of the electronic record and to supply each page with a PAGE ID designation. Pursuant to the Court's Scheduling Order (Doc. 49; PAGEID#894) the Warden has removed the photographs and not filed them electronically. Rather, the Warden will file those on CD and under seal. After the filing of the record electronically, the Warden will recombine the documents and provide a bookmarked copy, including the photographs, to opposing counsel and

the Court.  Respectfully submitted,

                                          **MICHAEL DEWINE**
                                          Attorney General

                                          s/ *Brenda S. Leikala*
                                          **BRENDA S. LEIKALA (0072635)***
                                          ***Lead and trial counsel*
                                          Assistant Attorney General
                                          Criminal Justice Section, Capital Crimes Unit
                                          150 East Gay Street, 16th Floor
                                          Columbus, Ohio 43215-3428
                                          (6l4) 995-1930; (fax) (877) 469-0567
                                          Email: Brenda.leikala@ohioattorneygeneral.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Warden's Notice of Submission of Complete Appendix to Return of Writ and Transcripts* has been forwarded via the court's electronic filing to all parties of record this 3rd day of  April, 2014.

                                          s/ *Brenda S. Leikala*
                                          **BRENDA S. LEIKALA (0072635)**
                                          Assistant Attorney General